No. 84–5108. LIPAROTA v. UNITED STATES. C. A. 7th Cir. [Certiorari granted, 469 U. S. 930.] Motion of the Solicitor General to permit Charles Rothfeld to present oral argument *pro hac vice* granted.

No. 84–6158. FERRARA v. BECTON, DICKINSON & CO. ET AL. C. A. Fed. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until April 8, 1985, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 84–5543. IN RE JOHNSON. C. A. 3d Cir. Petition for writ of common-law certiorari denied.

No. 84–1282. IN RE MURGO. Petition for writ of mandamus and/or prohibition denied.

No. 84–1312. IN RE KACZMAREK. Petition for writ of prohibition denied.

No. 84–1103. HILL v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari granted.

(See also Nos. 84–6081, 84–6227, and 84–5543, *supra.*)

No. 83–2125. McMAHON, DIRECTOR, DEPARTMENT OF SOCIAL SERVICES OF CALIFORNIA v. VAESSEN ET AL. Sup. Ct. Cal. Certiorari denied.

No. 83–2165. JONES ET AL. v. PETIT, COMMISSIONER, MAINE DEPARTMENT OF HUMAN SERVICES. Sup. Jud. Ct. Me. Certiorari denied.